**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DANIELLE ROGAL-HUDSPETH,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Action No. 8:25-cv-02335** |
| **CITY OF BOWIE,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * *

## NOTICE TO ADVERSE PARTY

TO: Cori Cohen, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
ccohen@gelawyer.com
*Attorney for Plaintiff*

Pursuant to Title 28, Section 1446 of the United States Code, you are hereby notified that a Notice of Removal, as required by said section, has this day been filed in the United States District Court for the District of Maryland, and a copy of the Notice of Removal is attached hereto for your information and made a part hereof. The undersigned has also filed a copy of the Notice of Removal with the Clerk of the Circuit Court for Prince George's County, Maryland, pursuant to the above-referenced Code Section, dated July 18, 2025.

Respectfully submitted,

*/s/ Matthew J. McCloskey*
Matthew J. McCloskey, Esquire
(Federal Bar ID 20097)
Brandy J. Gray, Esquire
(Federal Bar ID 28455)
Semmes, Bowen & Semmes
250 W. Pratt St. Suite 1900
Baltimore, Maryland 21201
PH: (410) 539-5040
FX: (410) 539-5223
mmccloskey@semmes.com
bgray@semmes.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2025, a copy of the foregoing *Defendant's Notice to Adverse Party* was mailed first-class, postage prepaid to:

Cori Cohen, Esquire
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
ccohen@gelawyer.com
*Attorney for Plaintiff*

*/s/ Matthew J. McCloskey*
Matthew J. McCloskey (20097)