**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DANIELLE ROGAL-HUDSPETH,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Action No. 8:25-cv-02335** |
| **CITY OF BOWIE,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * *

**RESPONSE TO STANDING ORDER CONCERNING REMOVAL**

Defendant the City of Bowie, by undersigned counsel, hereby respectfully submits this Response to the Standing Order Concerning Removal and states:

1. Defendant was served with the original Complaint in this matter on or about October 17, 2024. That Complaint asserted only claims arising under state law. Defendant was served with the Summons and Amended Complaint, which for the first time added claims arising under federal law, on or about June 24, 2025.

2. The removal of this action is not predicated on diversity jurisdiction.

3. This removal does take place more than thirty (30) days after the City was served with the original Complaint in the above-captioned matter. However, removal does not take place more than thirty (30) days after Defendant the City of Bowie was first served with a copy of the Amended Complaint, which for the first time added claims arising under federal law. Therefore, removal does not occur more than thirty (30) days after which a basis for removal was generated.

4. The removal of this action is not predicated on diversity jurisdiction.

5. The City of Bowie is the sole Defendant in this matter.

Respectfully submitted,

*/s/ Matthew J. McCloskey*
Matthew J. McCloskey, Esquire
(Federal Bar ID 20097)
Brandy J. Gray, Esquire
(Federal Bar ID 28455)
Semmes, Bowen & Semmes
250 W. Pratt St. Suite 1900
Baltimore, Maryland 21201
PH: (410) 539-5040
FX: (410) 539-5223
mmccloskey@semmes.com
bgray@semmes.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2025, a copy of the foregoing *Defendant's Response to Standing Order Concerning Removal* was mailed first-class, postage prepaid to:

Cori Cohen, Esquire
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
ccohen@gelawyer.com
*Attorney for Plaintiff*

/s/ Matthew J. McCloskey
Matthew J. McCloskey (20097)