**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Danielle Rogal-Hudspeth *

**Plaintiff,**
*

**v.** **Case No.** 8:25-cv-02335
*

City of Bowie *

**Defendant.**

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

▣ I certify, as party/counsel in this case that the City of Bowie
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with ______________________:
(name of party)

______________________________________________.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

______________________________________________.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

____________________ and their states of citizenship:
(name of LLC party)

| | |
|---|---|
| __________ (name of member) | __________ (state of citizenship) |
| __________ (name of member) | __________ (state of citizenship) |
| __________ (name of member) | __________ (state of citizenship) |
| __________ (name of member) | __________ (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

7/18/2025
Date

*/s/ Matthew J. McCloskey*
Signature

Matthew J. McCloskey (20097)
Printed name and bar number

250 West Pratt Street, Ste. 1900 Baltimore, MD 21201
Address

mmcloskey@semmes.com
Email address

410-539-5040
Telephone number

410-539-5223
Fax number