**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DANIELLE ROGAL-HUDSPETH,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Action No. 8:25-cv-02335** |
| **CITY OF BOWIE,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * *

**NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL FOR DEFENDANT**

Please enter the appearance of Brandy J. Gray, of Semmes, Bowen & Semmes as additional counsel for Defendant, the City of Bowie, in the above-captioned case.

Respectfully submitted,

*/s/ Brandy J. Gray*

Brandy J. Gray, Esquire
(Federal Bar ID 28455)
Semmes, Bowen & Semmes
250 W. Pratt St. Suite 1900
Baltimore, Maryland 21201
PH: (410) 539-5040
FX: (410) 539-5223
bgray@semmes.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of July, 2025, a copy of the foregoing Notice of Appearance as Additional Counsel for Defendant was mailed via first-class mail, postage prepaid, to:

Cori Cohen, Esquire
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
(301) 608-0880
(301) 608-0881 fax
ccohen@gelawyer.com
*Attorneys for Plaintiff*

*/s/ Brandy J. Gray*
Brandy J. Gray (28455)