**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**OFFICE OF THE CLERK**

Catherine M. Stavlas, Clerk
David E. Ciambruschini, Chief Deputy

Reply to Southern Division Address

Case No: 8:25−cv−02335−DLB

# Amended Standing Order 2021−13

Please review the attached Amended Standing Order 2021−13 concerning removal actions filed in this court which was entered on April 24, 2024.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| | * | |
| IN RE: | * | |
| | * | |
| REMOVAL ACTIONS | * | MISC. NO. 00−308 |
| | * | |
| | ******* | |

**AMENDED STANDING ORDER 2021−13**

In order to expedite the review of removal actions filed in this Court, it is hereby

ORDERED by the United States District Court for the District of Maryland that all parties removing actions to this Court shall, if they have not already done so, file with the notice of removal true and legible copies of all process, pleadings, documents, and orders which have been served upon that party, along with a copy of the current state court docket sheet, as required by Local Rule 103.5; and it is further

ORDERED that, no later than fourteen (14) days after filing a removal action, the removing party shall file and serve a statement under the case and caption that sets forth the following information:

1. The date(s) on which each defendant was served with a copy of the summons and complaint.

2. In actions predicated on diversity jurisdiction, an indication of whether any defendants who have been served are citizens of Maryland, and, for any entity that is not a corporation, the citizenship of all members.

3. If removal takes place more than thirty (30) days after any defendant was first served with a copy of the summons and complaint, the reasons why removal has taken place at this time and the date on which the defendant(s) was (were) first served with a paper identifying the basis for such removal.

4. In actions removed to this Court predicated on diversity jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not be summarily remanded to state court.

5. Identification of any defendant who was served in the state court action prior to the time of removal who did not formally join in the notice of removal and the reasons why such defendant did not join.

IT IS FURTHER ORDERED that all defendants to the action who joined in the notice of removal shall file such statement within the time period set forth herein, although the parties may file a joint statement so long as such statement is approved by counsel for each party; and it is further

ORDERED that the Clerk is directed to issue a notice upon the filing of a new removal action notifying the parties of the existence of this Order. Removing defendant(s) shall serve a

copy of this Order on all other parties to the action who did not receive electronic notification of the filing of the Clerk's notice no later than the time they file and serve a copy of the statement required by this Order. Any party who learns at any time that any information provided in the statement(s) filed pursuant to this Order is incorrect shall immediately notify the Court in writing to said effect; and it is further

ORDERED that within seven days from the date the notice of removal is filed with this Court, the removing defendant(s) shall file a disclosure as described in Local Rule 103.3 (D. Md.). All other parties shall file the disclosure within seven days from the date a copy of the Clerk's notice is issued or this Order is served upon them.

Date: April 24, 2024

/s/

James K. Bredar, Chief Judge
United States District Court