**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DANIELLE ROGAL-HUDSPETH,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Action No. 8:25-cv-02335** |
| **CITY OF BOWIE,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * *

**CERTIFICATE UPON REMOVAL**
**AND LOCAL RULE 103.5 STATEMENT**

Undersigned attorneys for the CITY OF BOWIE, hereby certify as follows:

1. As required by Local Rule 103.5, copies of all process, pleadings and orders in connection with state action, *Danielle Rogal-Hudspeth v. City of Bowie*, Case No. C-16-CV-24-003181, Circuit Court for Prince George's County, Maryland, are attached hereto as **Exhibit 1**.

2. That on July 18, 2025, undersigned counsel mailed, first-class, postage prepaid, to Cori Cohen, Esq., 8403 Colesville Rd., Ste. 1000, Silver Spring, MD 20910, Attorney for Plaintiff, in the above-entitled case, a copy of the Notice of Removal which was filed on the same date in the United States District Court for the District of Maryland.

3. That on July 18, 2025, undersigned counsel filed with the Clerk of the Circuit Court for Prince George's County, Maryland online filing system, a copy of the said Notice of Removal which was filed in this Court in the above-entitled case on the 18th day of July, 2025. A copy of the Notice as to the Clerk of the Circuit Court for Prince George's County, Maryland (without attachment) is attached hereto as **Exhibit 2**.

4. The above-referenced documents constitute all of the documents that have been filed in the state court action *Danielle Rogal-Hudspeth v. City of Bowie*, Case No. C-16-CV-24-003181, Circuit Court for Prince George's County, Maryland.

Dated: July 18, 2025

Respectfully submitted,

*/s/ Matthew J. McCloskey*
Matthew J. McCloskey, Esquire
(Federal Bar ID 20097)
Brandy J. Gray, Esquire
(Federal Bar ID 28455)
Semmes, Bowen & Semmes
250 W. Pratt St. Suite 1900
Baltimore, Maryland 21201
PH: (410) 539-5040
FX: (410) 539-5223
mmccloskey@semmes.com
bgray@semmes.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of July, 2025, a copy of the foregoing was filed electronically with the Clark of the Court via the CM/ECF system and also served the foregoing by regular mail and email to:

Cori Cohen, Esquire
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
(301) 608-0880
(301) 608-0881 fax
ccohen@gelawyer.com
*Attorney for Plaintiff*

*/s/ Matthew J. McCloskey*
Matthew J. McCloskey (20097)