E-FILED; Prince George's Circuit Court
Docket: 8/27/2024 4:20 PM; Submission: 8/27/2024 4:20 PM
Envelope: 17791404

BM

**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY**

| | |
|---|---|
| **DANIELLE ROGAL-HUDSPETH**<br>*Plaintiff*,<br>**v.**<br>**CITY OF BOWIE**<br>*Defendant*. | **Case No. C-16-CV-24-003181** |

**MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

James M. Ray, II, and Ray Legal Group, LLC, move, pursuant to Maryland Rule 2-132(b) for entry of an order striking their appearance as counsel for the Plaintiff Danielle Rogal-Hudspeth in this case and state:

1. Pursuant to Maryland Rule 2-132(b), undersigned counsel on Wednesday, August 7, 2024 mailed and emailed to the Plaintiff written notice of their intent to move for withdrawal as counsel.

2. Pursuant to Maryland Rule 2-132(b), the notice to the Plaintiff was mailed at least five (5) days prior to the filing of this motion.

3. Pursuant to Maryland Rule 2-132(b), the notice informed Plaintiff of the undersigned's intention to withdrawal as her counsel, and advised Plaintiff to have another attorney enter their appearance on her behalf, or to notify the clerk in writing of the Plaintiff's intention to proceed in proper person.

4. The granting of the undersigned counsel's motion to withdraw will not cause delay, prejudice or injustice.

WHEREFORE, James. M. Ray, II, and Ray Legal Group, LLC respectfully request that

this Court enter an order striking their appearance in this case.

Respectfully submitted,

**RAY LEGAL GROUP LLC**

By: /s/ James M. Ray
James M. Ray, II
AIS #: 1412180059
8720 Georgia Avenue, Suite 904
Silver Spring, Maryland 20910
Phone: (301) 755-5656
Fax: (301) 755-5627
Jim.ray@raylegalgroup.com

*Attorneys for Plaintiff*

**CERTIFICATE PURSUANT TO MD RULE 2-132(b)**

I HEREBY CERTIFY that, on August 7, 2024, I mailed to the Plaintiff, notice by James M. Ray, II, and Ray Legal Group, LLC of our intention to withdraw and advised Plaintiff to have another attorney enter their appearance on behalf of Plaintiff or to notify the clerk in writing of the Plaintiff's intention to proceed in proper person. The 2-132(b) certification was emailed and mailed to the following address:

**VIA EMAIL TO (danimarigirl@gmail.com)**
**VIA REGULAR MAIL TO**
Danielle Rogal-Hudspeth
3124 Applegate Terrace
Bowie, Maryland 20716

A copy of the undersigned 2-132(b) Certification is attached to this Motion as **Exhibit 1.**

/s/ James M. Ray
James M. Ray, II
AIS #: 1412180059

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 27th day of August 2024, a copy of the Foregoing Motion to Withdraw was served via MDEC on:

City of Bowie
15901 Fred Robinson Way
Bowie, Maryland 20716
Serve On: Angela D. Alsobrooks
1301 McCormick Drive, Suite 4000
Largo, Maryland 20774

Danielle Rogal-Hudteph
3124 Applegate Terrace
Bowie, Maryland 20716
*Plaintiff*

/s/ James M. Ray
James M. Ray, II
AIS #: 1412180

E-FILED; Prince George's Circuit Court
Docket: 8/27/2024 4:20 PM; Submission: 8/27/2024 4:20 PM
Envelope: 17791404

THE RAY LEGAL GROUP LLC

office@raylegalgroup.com
Phone: 301-755-5656
Fax: 301-755-5627
www.raylegalgroup.com

Washington D.C. Office:
8720 Georgia Avenue
Suite 904
Silver Spring, Maryland 20910

August 7, 2024

**VIA EMAIL TO (danimarigirl@gmail.com)**
**VIA REGULAR MAIL TO**
Danielle Rogal-Hudspeth
3124 Applegate Terrace
Bowie, Maryland 20716

Re: *Danielle Rogal-Hudspeth v. City of Bowie*
*Prince George's County Circuit Court Case No.: C-16-CV-24-003181*

Dear Danielle:

Based on the reasons discussed in my accompanying letter to you today, please accept this letter as notice that I, and the Ray Legal Group, LLC firm will be filing a motion to withdrawal our appearance in five days pursuant to Md. Rule 2-132(b). It is critical that you (i) retain new counsel immediately to represent you regarding the above-referenced case or (ii) for you to notify the clerk in writing of your intention to proceed in proper person. Please be aware that time is of the essence and that various deadlines may exist. Failure to meet these deadlines may result in dismissal of your case.

Do not hesitate to contact me if you have any questions or concerns. Appreciating your cooperation, I am

Very Truly Yours,

James M. Ray, II

JMR/

E-FILED; Prince George's Circuit Court
Docket: 8/27/2024 4:20 PM; Submission: 8/27/2024 4:20 PM
Envelope: 17791404

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

| | |
|---|---|
| **DANIELLE ROGAL-HUDSPETH**<br>*Plaintiff*,<br>**v.**<br>**CITY OF BOWIE**<br>*Defendant*. | **Case No. C-16-CV-24-003181** |

**ORDER STRIKING APPEARANCE**

Upon consideration of the Motion to Withdraw Appearance of Counsel, and there appearing to be good cause to grant the motion, it is this 18th day of September, 2024 ORDERED:

1. That the appearances of James. M. Ray, and Ray Legal Group, LLC are stricken as counsel of record for the Plaintiff, Danielle Rogal-Hudspeth

2. The Clerk of the Court is instructed to mail any notice required under Rule 2-132 to the Plaintiff, Danielle Rogal-Hudspeth

09/18/2024 1:05:28 AM

Judge, Circuit Court for Prince George's County
William A. Snoddy

Entered: Clerk, Circuit Court for
Prince George's County, MD
September 18, 2024