**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY**

| | |
|---|---|
| **DANIELLE ROGAL-HUDSPETH**<br>*Plaintiff*,<br>**v.**<br>**CITY OF BOWIE**<br>*Defendant*. | **Case No. C-16-CV-24-003181** |

**ORDER STRIKING APPEARANCE**

Upon consideration of the Motion to Withdraw Appearance of Counsel, and there appearing to be good cause to grant the motion, it is this 18th day of September, 2024 ORDERED:

1. That the appearances of James. M. Ray, and Ray Legal Group, LLC are stricken as counsel of record for the Plaintiff, Danielle Rogal-Hudspeth

2. The Clerk of the Court is instructed to mail any notice required under Rule 2-132 to the Plaintiff, Danielle Rogal-Hudspeth

09/18/2024 1:05:28 AM

William A. Snoddy

Judge, Circuit Court for Prince George's County
William A. Snoddy

Entered: Clerk, Circuit Court for
Prince George's County, MD
September 18, 2024