E-FILED; Prince George's Circuit Court
Docket: 10/2/2024 10:08 AM; Submission: 10/2/2024 10:08 AM
Envelope: 18252525

RJH

MARYLAND JUDICIARY

☐ **SUPREME COURT OF MARYLAND** ☐ **APPELLATE COURT OF MARYLAND**
☒ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** Prince George's County
City/County

Located at 14735 Main Street, Upper Marlboro, Telephone 301-952-3318
Court Address

Case No. C-16-CV-24-003181

STATE OF MARYLAND or

Danielle Rogal-Hudspeth vs. City of Bowie, Maryland
Plaintiff Defendant

## NOTICE OF APPEARANCE
### (Md. Rules 2-131, 3-131, 4-214, 7-107, and 8-402)

Please enter my appearance for Danielle Rogal-Hudspeth ,

the ☐ defendant ☒ plaintiff ☐ other: ______

in the above entitled action.

| | |
|---|---|
| /s/ Geoffrey H. Simpson (Signature) — 0512150198 (Attorney Number) | 8403 Colesville Rd., Suite 1000 (Address) |
| 10/2/2024 (Date) | Silver Spring, MD 20910 (City, State, Zip) |
| Geoffrey H. Simpson (Printed Name) | 301-608-0880 (Telephone) |
| Gilbert Employment Law (Firm Name) | gsimpson-eserve@gelawyer.com (E-mail) — 301-608-0881 (Fax) |

## CERTIFICATE OF SERVICE

I certify that I served a copy of this Notice of Appearance upon the following party or parties by mailing ☒ first-class mail, postage prepaid, ☐ hand delivery, on ______ to:
Date

| | |
|---|---|
| Awilda Hernandez (Name) | 15901 Fred Robinson Road (Address) |
| | Bowie, MD, 20716 (City, State, Zip) |
| ______ (Name) | ______ (Address) |
| | ______ (City, State, Zip) |
| ______ (Name) | ______ (Signature of Party Serving/Attorney) |

Check applicable:
☐ Court appointed
☒ Private
☐ Public Defender
☐ Pro Bono Counsel