E-FILED; Prince George's Circuit Court
Docket: 10/2/2024 12:20 PM; Submission: 10/2/2024 12:20 PM
Envelope: 18256101

RJH

MARYLAND JUDICIARY

☐ **SUPREME COURT OF MARYLAND** ☐ **APPELLATE COURT OF MARYLAND**

☒ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** Prince George's County
City/County

Located at 14735 Main Street, Upper Marlboro,
Court Address

Telephone 301-952-3318

Case No. C-16-CV-24-003181

STATE OF MARYLAND or

Danielle Rogal-Hudspeth vs. City of Bowie, Maryland
Plaintiff Defendant

## NOTICE OF APPEARANCE
### (Md. Rules 2-131, 3-131, 4-214, 7-107, and 8-402)

Please enter my appearance for Danielle Rogal-Hudspeth,

the ☐ defendant ☒ plaintiff ☐ other: ____________

in the above entitled action.

| | |
|---|---|
| /s/ Cori Cohen (Signature) — 120600047 (Attorney Number) | 8403 Colesville Rd., Suite 1000 (Address) |
| 10/2/2024 (Date) | Silver Spring, MD 20910 (City, State, Zip) |
| Cori Cohen (Printed Name) | 301-608-0880 (Telephone) |
| Gilbert Employment Law (Firm Name) | ccohen-eserve@gelawyer.com (E-mail) — 301-608-0881 (Fax) |

## CERTIFICATE OF SERVICE

I certify that I served a copy of this Notice of Appearance upon the following party or parties by mailing ☒ first-class mail, postage prepaid, ☐ hand delivery, on 10/2/2024 (Date) to:

| | |
|---|---|
| Awilda Hernandez (Name) | 15901 Fred Robinson Road (Address) |
| | Bowie, MD, 20716 (City, State, Zip) |
| ____________ (Name) | ____________ (Address) |
| | ____________ (City, State, Zip) |
| ____________ (Name) | ____________ (Signature of Party Serving/Attorney) |

Check applicable:
☐ Court appointed
☒ Private
☐ Public Defender
☐ Pro Bono Counsel