**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**

**DANIELLE ROGAL-HUDSPETH**

**Plaintiff**

**v.** **Case No.: C-16-CV-24-003181**

**CITY OF BOWIE**

**Defendant.**

**ORDER OF COURT**

UPON CONSIDERATION OF the Plaintiff's Motion Requesting a 45-day Extension of the Writ of Summons, any opposition thereto, and the record herein, it is this 3rd day of October 2024, by the Circuit Court for Prince George's County, Maryland, hereby

**ORDERED**, the Plaintiff's motion is **GRANTED**; and it is further

**ORDERED**, the Writ of Summons issued in this matter is extended to October 22, 2024.

Tiffany H. Anderson, Judge
Seventh Judicial Circuit

Entered: Clerk, Circuit Court for
Prince George's County, MD
October 4, 2024