**E-FILED; Prince George's Circuit Court**
**Docket: 10/10/2024 1:50 PM; Submission: 10/10/2024 1:50 PM**
**Envelope: 18363223**

10/10/2024 NB

☐ **SUPREME COURT OF MARYLAND** ☐ **APPELLATE COURT OF MARYLAND**

☒ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** Prince George's County
City/County

Located at 14735 Main Street, Upper Marlboro, (Court Address) Telephone 301-952-3318

Case No. C-16-CV-24-003181

STATE OF MARYLAND or

Danielle Rogal-Hudspeth (Plaintiff) vs. City of Bowie, Maryland (Defendant)

## NOTICE OF APPEARANCE
### (Md. Rules 2-131, 3-131, 4-214, 7-107, and 8-402)

Please enter my appearance for Danielle Rogal-Hudspeth,

the ☐ defendant ☒ plaintiff ☐ other: ______

in the above entitled action.

/s/ Cori Cohen (Signature) 120600047 (Attorney Number)
10/2/2024 (Date)
Cori Cohen (Printed Name)
Gilbert Employment Law (Firm Name)

8403 Colesville Rd., Suite 1000 (Address)
Silver Spring, MD 20910 (City, State, Zip)
301-608-0880 (Telephone)
ccohen-eserve@gelawyer.com (E-mail) 301-608-0881 (Fax)

## CERTIFICATE OF SERVICE

I certify that I served a copy of this Notice of Appearance upon the following party or parties by mailing ☒ first-class mail, postage prepaid, ☐ hand delivery, on 10/10/2024 (Date) to:

Awilda Hernandez (Name)
15901 Fred Robinson Road (Address)
Bowie, MD, 20716 (City, State, Zip)

______ (Name)
______ (Address)
______ (City, State, Zip)

______ (Name)

/s/ Cori Cohen
Signature of Party Serving/Attorney

Check applicable:
☐ Court appointed
☒ Private
☐ Public Defender
☐ Pro Bono Counsel