E-FILED; Prince George's Circuit Court
Docket: 10/18/2024 5:38 PM; Submission: 10/18/2024 5:38 PM
Envelope: 18470825

10/18/2024 RJ

**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY**

| | | |
|---|---|---|
| **DANIELLE ROGAL-HUDSPETH**<br>*Plaintiff,*<br>**v.**<br>**CITY OF BOWIE**<br>*Defendant.* | ) | CASE NO.: C-16-CV-24-003181 |

**PLAINTIFF'S MOTION TO REISSUE SUMMONS AND MOTION FOR EXTENSION TO SERVE WRIT OF SUMMONS**

Plaintiff Danielle Rogal-Hudspeth, by and through her undersigned counsel, out of an abundance of caution respectfully requests that the deadline to serve Writ of Summons is extended by three (3) weeks, from October 22, 2024, to November 12, 2024, and that a corrected Writ of Summons be issued. The grounds for this motion are as follows:

1. Plaintiff filed the underlying Complaint on July 8, 2024.

2. Plaintiff requested that the deadline to serve the Complaint and Summons be extended by 45 days, to October 22, 2024, and the Court granted Plaintiff's request.

3. Plaintiff, through counsel, served the Complaint and Summons on October 17, 2024, on Awilda Hernandez, 15901 Fred Robinson Road, Bowie, MD, 20716.

4. On October 18, 2024, counsel for the Defendant advised that the Defendant does not believe that the Summons identified the correct Statutory Agent and therefore service is not complete.

5. To address any concerns raised by the Defendant and to ensure service is perfected, Plaintiff requests that the Summons be reissued identifying Awilda Hernandez, 15901 Fred Robinson Road, Bowie, MD, 20716 as the statutory agent to be served.

6. Plaintiff further requests an additional three weeks to re-serve the Complaint and serve the revised Writ of Summons.

Respectfully submitted,

/s/ Cori Cohen

Cori Cohen, Esq.
Geoffrey Simpson, Esq.
*Counsel for Complainant*
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
Email: CCohen-efile@gelawyer.com
GSimpson-efile@gelawyer.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Request for Extension to Serve Writ of Summons was served via MDEC on October 18, 2024, to:

City of Bowie
15901 Fred Robinson Way
Bowie, Maryland 20716

Danielle Rogal-Hudspeth
3124 Applegate Terrace
Bowie, Maryland 20716
*Plaintiff*

Awilda Hernandez*
15901 Fred Robinson Road
Bowie, MD, 2071
*City Clerk*
**Copy served via Postal Mail*

/s/ Holden Duflock___
Paralegal
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881