SR
10/23/2024

E-FILED; Prince George's Circuit Court
Docket: 10/22/2024 4:36 PM; Submission: 10/22/2024 4:36 PM
Envelope: 18510149

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

**Danielle Rogal-Hudspeth**

**Plaintiff**

**Case No.: C-16-CV-24-003181**

***vs.***

**City of Bowie**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Vincent Piazza, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Writ of Summons Issued 7/08/2024, Civil - Non-Domestic Case Information Report, Complaint and Jury Demand, Order of Court, and Notice of Appearance in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/17/2024 at 9:05 AM, I served Awilda Hernandez, City Clerk at City of Bowie, 15901 Fred Robinson Way, Bowie, Maryland 20716 with the Writ of Summons Issued 7/08/2024, Civil - Non-Domestic Case Information Report, Complaint and Jury Demand, Order of Court, and Notice of Appearance by serving Chris Hyde, City of Bowie Park Ranger, authorized to accept service.

Chris Hyde is described herein as:

Gender: Male Race/Skin: White Age: 65 Weight: 215 Height: 6'1" Hair: Black/Gray Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

10/21/24
Executed On

Vincent Piazza

Client Ref Number:Danielle Rogal-Hudspeth
Job #: 2011480

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050