MARYLAND JUDICIARY

☐ **SUPREME COURT OF MARYLAND** ☐ **APPELLATE COURT OF MARYLAND**
☒ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** Prince George's County
City/County

Located at 14735 Main Street, Upper Marlboro, Telephone 301-952-3318
Court Address

Case No. C-16-CV-24-003181

STATE OF MARYLAND or

Danielle Rogal-Hudspeth (Plaintiff) vs. City of Bowie, Maryland (Defendant)

## NOTICE OF APPEARANCE
### (Md. Rules 2-131, 3-131, 4-214, 7-107, and 8-402)

Please enter my appearance for Danielle Rogal-Hudspeth ,

the ☐ defendant ☒ plaintiff ☐ other: ____

in the above entitled action.

/s/ Geoffrey H. Simpson (Signature) 0512150198 (Attorney Number)
10/2/2024 (Date)
Geoffrey H. Simpson (Printed Name)
Gilbert Employment Law (Firm Name)

8403 Colesville Rd., Suite 1000 (Address)
Silver Spring, MD 20910 (City, State, Zip)
301-608-0880 (Telephone)
gsimpson-efile@gelawyer.com (E-mail) 301-608-0881 (Fax)

## CERTIFICATE OF SERVICE

I certify that I served a copy of this Notice of Appearance upon the following party or parties by mailing ☒ first-class mail, postage prepaid, ☐ hand delivery, on ____ (Date) to:

Awilda Hernandez (Name)
15901 Fred Robinson Road (Address)
Bowie, MD, 20716 (City, State, Zip)

____ (Name)
____ (Address)
____ (City, State, Zip)

Geoffrey H. Simpson (Name)
/s/ Geoffrey H. Simpson (Signature of Party Serving/Attorney)

Check applicable:
☐ Court appointed
☒ Private
☐ Public Defender
☐ Pro Bono Counsel