**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**

**DANIELLE ROGAL-HUDSPETH**

**Plaintiff**

**v.** **Case No.: C-16-CV-24-003181**

**CITY OF BOWIE**

**Defendant.**

**ORDER OF COURT**

UPON CONSIDERATION of the Plaintiff's Petition to Seal or Otherwise Limit Inspection of a Case Record and the record herein, it is this 13th day of November 2024, by the Circuit Court for Prince George's County, Maryland hereby

**ORDERED**, that the Plaintiff's Petition to Seal or Otherwise Limit Inspection of a Case Record is **GRANTED in part**; and it is further

**ORDERED**, the Clerk of the Court shall seal the Plaintiff's address and telephone numbers only. The rest of the case and the information therein shall remain available for inspection.

11/13/2024

Tiffany H. Anderson

Tiffany H. Anderson, Judge
Seventh Judicial Circuit

Entered: Clerk, Circuit Court for
Prince George's County, MD
November 13, 2024