**CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
14735 Main Street
Upper Marlboro, Maryland 20772

Circuit Court Clerk: 301-952-3318
Calendar Management: 301-952-3850

**To:** KIMBERLY LYNN LIMBRICK
CROSSWHITE LIMBRICK & SINCLAIR LLP
24 HOOKS LANE
SUITE 314
BALTIMORE MD 21208

**Case Number:** **C-16-CV-24-003181**
**Other Reference Number(s):**

**DANIELLE ROGAL-HUDSPETH VS. CITY OF BOWIE**

Date: 1/28/2025

## SCHEDULING ORDER

This order is your notice of dates and required court appearances. It may not be modified except by order of court upon a showing of good cause. Stipulations between counsels are not effective to change any deadlines in this order. Failure to comply with all terms of this Order may result in the imposition of appropriate sanctions.

1/28/2025
Date

Administrative Judge DaNeeka Varner Cotton

This case is assigned to Civil Track: Two
Try By Date: 01/07/2026

| Date | Time | Type of Proceeding |
|---|---|---|
| 04/11/2025 | 10:30AM | Conference - Settlement |
| 06/16/2025 | 08:45AM | Trial - Jury |
| 06/17/2025 | 09:00AM | Trial - Jury |
| 06/18/2025 | 09:00AM | Trial - Jury |

ADR:
(*Required for motor torts and cases with an anticipated trial time exceeding 3 days*)

(UPON ARRIVING AT THE COURTHOUSE, CHECK MONITORS FOR THE ASSIGNED COURTROOM)

## TRACK 2

Parties have 90 days from the date of this order to add/serve additional parties

90 days prior to trial, complete the following:

1. Notice of computer-generated evidence per Maryland Rule 2-504.3
2. If the parties agree to ADR, it must be scheduled utilizing ADR form
3. Plaintiff's Experts, if any, identified per Maryland Rule 2-402(g) or 2-504.2(9)

60 days prior to trial, complete the following:

1. Amendments to pleadings
2. All discovery
3. Motions to Bifurcate
4. Defense Experts, if any, identified per Maryland Rule 2-402(g) or 2-504.2(9)

30 days prior to trial, complete the following:

1. File dispositive motions
2. File Motions In Limine

10 days prior to trial, complete the following:

1. Secure resolution of any outstanding dispositive motions from the court per Maryland Rule 2-322 or 2-501
2. Provide an Exhibit list with exhibits arranged in the order the party anticipates they will be used. If there are more than **25** exhibits, Counsel shall contact the Courtroom Clerks' Office at 301-952-5016, to arrange a meeting for the purpose of pre-marking exhibits
3. If required, submit request for an Interpreter. The form to request an Interpreter can be found at https://princegeorgescourts.org/267/Interpreters.

## Trial Continuance/Modification

Parties are permitted to request ONE automatic continuance of the trial. To request an automatic continuance, parties may submit a Consent Request for Modification of Trial form, which is located at https://princegeorgescourts.org/314/Online-Forms. Prior to submitting the form, the parties are required to clear new trial dates with Calendar Management at 301-952-2976. This form can also be used for parties to request additional days for trial.

**Please note the request must be submitted at least 30 days prior to the original trial date and the proposed trial date cannot exceed sixty (60) days past the original court designated trial date.**

## Alternative Dispute Resolution (ADR)

Except for motor tort cases and cases lasting 3 or more days, cases on Track 2 do not require ADR attendance. **ADR attendance is required for all motor tort cases and cases lasting 3 or more days.**

As appropriate, it is encouraged to submit the controversy to non-binding arbitration, which includes mediation. To request an ADR date, parties must submit an Auto Request located at https://princegeorgescourts.org/314/Online-Forms. Please note the ADR date will need the consent of all parties and all ADR sessions must be completed approximately sixty (60) days prior to trial. All confidential mediation statements are due in the ADR Office no later than fifteen (15) days prior to the ADR Conference date. Please email the statements to pgccadrcoordinator@mdcourts.gov and contact the ADR office at 301-952-4173, with any questions.

## Technology Training

The Circuit Court offers free training to attorneys, their staff, and pro se litigants on the Epson Projectors installed in every courtroom. **Training is mandatory for use of the equipment, and must be completed at least three (3) days prior to the scheduled court hearing.**

Please use the following link to contact the Information Technology Department and schedule your training: https://princegeorgescourts.org/civicalerts.aspx?aid=35.

## Motions Protocol

The Administrative Judge, Honorable DaNeeka Varner Cotton will consider the following motions: Motions for admission of out-of-state attorneys (Pro Hac Vice), motions pursuant to Rule 2-327(d), and petitions for appointment of a conservator of attorney client matters.

The Civil Coordinating Judge (Snoddy) will consider the following motions: Disputes over track assignment, arbitration, or any provision of this Order, motions for continuance of trial beyond the try-by date or ADR, motions under 2-507, motions to stay, motions to consolidate, motions to transfer, motions to waive court costs and filing fees, motions to withdraw/strike appearance, motions to shield/unseal case, and writs of certiorari.

The Judges listed below will consider all other civil (non-family) equity and law motions including all discovery disputes, dispositive motions, and default motions; excluding foreclosure matters and specially assigned cases.

A party filing a motion or responding to a motion shall provide a courtesy copy to the Judge who is assigned to that motion. All motions must be accompanied by a proposed order. Your proposed order must be specific regarding relief to be granted. The court may decline to rule on your motion unless an appropriate order is submitted.

A hearing, where appropriate, will be set by the assigned Judge not later than thirty (30) days after the motion and response have been filed. **It is counsel's responsibility to follow-up with the assigned motions judges' chambers for a status on their motion.**

The assigned Judge for civil motions, except as noted above, is determined by the last digit in the case number:

| | |
|---|---|
| 1 – Steuart | 6 – Weatherspoon |
| 2 – Alves | 7 – Bright |
| 3 – Coderre | 8 – Anderson |
| 4 – Pearson | 9 – Clark-Edwards |
| 5 – Woodall | 0 – Stewart Jones |

*** Please bring this form with you to court ***

Possession and use of cell phones, computers, cameras, and other electronic devices may be limited or prohibited in designated areas of the courthouse. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the courthouse at all times without express permission by the court.

***In the case of inclement weather, visit the Circuit Court for Prince George's County website at www.princegeorgescourts.org or Instagram at princegeorgescty_circuitcourt***

Notified:
Danielle Rogal-hudspeth
City Of Bowie
Cori Morgan Cohen

Geoffrey Howard Simpson
Kimberly Lynn Limbrick