E-FILED; Prince George's Circuit Court
Docket: 2/24/2025 10:44 AM; Submission: 2/24/2025 10:44 AM
Envelope: 20080497

RJ

**IN THE CIRCUIT COURT FOR**
**PRINCE GEORGE'S COUNTY, MARYLAND**

| | |
|---|---|
| **Danielle Rogal-Hudspeth,** | |
| ***Plaintiff*,** | **Case No.:** C-16-CV-24-003181 |
| **v.** | |
| **City of Bowie** | Date: February 24, 2025 |
| ***Defendant*.** | |

## JOINT MOTION FOR CONTINUANCE OF TRIAL

Plaintiff, Danielle Rogal Hudspeth, by and through her undersigned counsel, and the Defendant, City of Bowie (collectively "the Parties"), hereby file the motion to continue the trial. The instant matter is currently scheduled for a three-day jury trial beginning on June 16, 2025, and while the scheduling order allows for an automatic continuance of up to sixty-days, the Parties have conferred and request a continuance of the trial until late October or November would be appropriate.

Good cause exists for continuing the trial as the undersigned Plaintiff's counsel has pre-planned leave during the current trial dates.[1] Additionally, an extension beyond the 60-day try-by date is warranted as Plaintiff intends to amend the complaint to include additional actions and Defendant would be prejudiced if not given additional time to fully investigate and prepare a sufficient answer. Additionally, the Parties also expect that there are a significant number of fact witnesses who will need to be deposed, and, in the interest of efficiency and to avoid recalling witnesses, the Parties believe it would be most efficient to conduct those depositions after

[1] The undersigned Plaintiff's counsel can submit an affidavit detailing her availability upon request.

Defendant has answered the amended Complaint and the parties have engaged in written discovery. This also furthers judicial economy because allowing additional time for the Parties to complete discovery will allow the Parties to resolve any discovery disputes or scheduling issues informally without involving the Court. Further, a significant amount of Plaintiff's counsel practice is in Federal employment law and consequently Plaintiff's counsel has an increasingly heavy litigation schedule in the upcoming months.

In light of the foregoing, the Parties seek a continuance of the trial to a date to late October or November at a date that is convenient for the Court. Therefore, in the interest of judicial economy and for good cause shown the Parties respectfully request that the Court grant the instant motion.

Dated: February 24, 2025

Respectfully submitted,

/s/ Cori Cohen

Cori Cohen, Esq.
Geoffrey H. Simpson, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880 | Fax: (301) 608-0881
E: CCohen-efile@gelawyer.com
GSimpson-efile@gelawyer.com

*Plaintiff's Counsel*

/s/ Kimberly L. Limbrick

Kimberly L. Limbrick, Esq.
Semmes, Bowen & Semmes
25 Hooks Lane, Suite 310
Baltimore, MD 21208
Tel: 410-653-6890
E: kll@cls-law.com

*Defendant's Counsel*