E-FILED; Prince George's Circuit Court
Docket: 2/24/2025 10:44 AM; Submission: 2/24/2025 10:44 AM
Envelope: 20080497

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing Joint Motion for Continuance of Trial was served on this February 24, 2025 via MDEC on all parties of record and by electronic mail to Defendant's Counsel, Kimberly L. Limbrick, Esquire.

/s/ Cori Cohen
Cori Cohen, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880 | Fax: (301) 608-0881
E: CCohen-efile@gelawyer.com