**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY**

| | |
|---|---|
| **Danielle Rogal-Hudspeth,** <br> ***Plaintiff*,** <br> **v.** <br> **City of Bowie** <br> ***Defendant*.** | **Case No.:** C-16-CV-24-003181 |

**ORDER OF COURT**

This matter comes before the Court on the Parties' Joint Motion for Continuance of Trial, filed on February 24, 2025. Upon consideration of this motion and the record as a whole, it is this 9th day of March 2025, hereby

**ORDERED** that this Motion is **GRANTED**; and it is further

ORDERED that the trial in this matter shall be re-set to December 8-10, 2025; and it is further

ORDERED that the deadlines in the orginal scheduling order shall apply to the new trial dates.

03/09/2025 9:28:38 PM

Honorable William. A. Snoddy
Associate Judge
William A. Snoddy
Circuit Court for Prince George's County

Entered: Clerk, Circuit Court for
Prince George's County, MD
March 10, 2025