**CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
14735 Main Street
Upper Marlboro, Maryland 20772

Circuit Court Clerks:
301-952-3318
Calendar Management:
301-952-3850

**To:** KIMBERLY LYNN LIMBRICK
CROSSWHITE LIMBRICK & SINCLAIR LLP
24 HOOKS LANE
SUITE 314
BALTIMORE MD 21208

**Case Number: C-16-CV-24-003181**

**DANIELLE ROGAL-HUDSPETH VS. CITY OF BOWIE**

Date: 3/11/2025

## CIVIL TRIAL NOTICE

The above-entitled case has been scheduled for future court activity as indicated below:

| Date | Time | Description |
|---|---|---|
| 12/08/2025 | 8:45 AM | Trial - Jury |
| 12/09/2025 | 9:00 AM | Trial - Jury |
| 12/10/2025 | 9:00 AM | Trial - Jury |

Please mark your calendar accordingly.

See Maryland Rule 2-508.

The following estimated court time has been reserved for the above Trial - Jury; Trial - Jury; Trial - Jury.

***Please bring this form with you***

Possession and use of cell phones, computers, cameras and other electronic devices may be limited or prohibited in designated areas of the courthouse. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the courthouse at all times, unless the court expressly grants permission in a specific instance.

***In the case of inclement weather, visit the Circuit Court for Prince George's County website at www.princegeorgescourts.org or Instagram at princegeorgescty_circuitcourt***

cc: City Of Bowie
Cori Morgan Cohen
Geoffrey Howard Simpson



Circuit Court for Prince George's County
Office of Calendar Management
Adult Criminal Division, Room M2406
Upper Marlboro, Maryland 20772

KIMBERLY LYNN LIMBRICK
Crosswhite Limbrick & Sinclair LLP
24 HOOKS LANE
Suite 314

BALTIMORE MD 21208