E-FILED; Prince George's Circuit Court
Docket: 4/10/2025 9:37 AM; Submission: 4/10/2025 9:37 AM
Envelope: 20730008

RJ

**IN THE CIRCUIT COURT FOR**
**PRINCE GEORGE'S COUNTY, MARYLAND**

| | |
|---|---|
| **Danielle Rogal-Hudspeth,** | |
| ***Plaintiff*,** | **Case No.:** C-16-CV-24-003181 |
| **v.** | |
| **City of Bowie** | Date: April 10, 2025 |
| ***Defendant*.** | |

## <u>JOINT MOTION FOR CONTINUANCE OF MEDIATION</u>

Plaintiff, Danielle Rogal Hudspeth, by and through her undersigned counsel, and the Defendant, City of Bowie (collectively "the Parties"), hereby file the motion to continue mediation. The instant matter is currently scheduled for mediation on April 11, 2025. The Parties have conferred and, given the rescheduled trial, request a continuance of mediation until October 14, 2025 which has already been cleared with calendar management.

Good cause exists for continuing the mediation as the trial date has been continued until December 8, 2025 and the Parties wish to conduct a court ordered mediation after engaging in discovery. In light of the foregoing, the Parties seek a continuance of the mediation until October 14, 2025. Therefore, in the interest of judicial economy and for good cause shown the Parties respectfully request that the Court grant the instant motion.

Dated: April 10th, 2025

Respectfully submitted,

*<u>/s/ Cori Cohen</u>*

Cori Cohen, Esq.
Geoffrey H. Simpson, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910

Tel: (301) 608-0880 | Fax: (301) 608-0881
E: CCohen-efile@gelawyer.com
GSimpson-efile@gelawyer.com

*Plaintiff's Counsel*

*/s/ Kimberly L. Limbrick*
Kimberly L. Limbrick, Esq.
Semmes, Bowen & Semmes
25 Hooks Lane, Suite 310
Baltimore, MD 21208
Tel: 410-653-6890
E: kll@cls-law.com

*Defendant's Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joint Motion for Continuance of Mediation was served on this April 10, 2025 via MDEC on all parties of record and by electronic mail to Defendant's counsel, Kimberly L. Limbrick, Esquire.

/s/ *Cori Cohen*
Cori Cohen, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881

**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY**

| | |
|---|---|
| **Danielle Rogal-Hudspeth,**<br>***Plaintiff,***<br>**v.**<br>**City of Bowie**<br>***Defendant*.** | **Case No.:** C-16-CV-24-003181 |

**ORDER OF COURT**

This matter comes before the Court on the Parties' Joint Motion for Continuance of Mediation, filed on April 10, 2025. Upon consideration of this motion and the record as a whole, it is this 11th day of April, 2025,

**ORDERED** that this Motion is **GRANTED** and Mediation shall be continued until October 14, 2025 at 10:30 a.m.

So **ORDERED**.

04/11/2025 12:09:10 AM

William A. Snoddy

Honorable William A. Snoddy
Associate Judge
Circuit Court for Prince George's County

Entered: Clerk, Circuit Court for
Prince George's County, MD
April 11, 2025