**CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
14735 Main Street
Upper Marlboro, Maryland 20772

Circuit Court Clerks:
301-952-3318
Calendar Management:
301-952-3850

**To:** KIMBERLY LYNN LIMBRICK
CROSSWHITE LIMBRICK & SINCLAIR LLP
24 HOOKS LANE
SUITE 314
BALTIMORE MD 21208

**Case Number: C-16-CV-24-003181**

**DANIELLE ROGAL-HUDSPETH VS. CITY OF BOWIE**

Date: 4/11/2025

# NOTICE OF ADR/PRETRIAL CONFERENCE HEARING

This is to confirm the scheduling of the ADR Conference for the above-captioned case.

| Date | Time | Description |
|---|---|---|
| 10/14/2025 | 9:00 AM | Conference - Settlement |

The ADR Office is located at:

Prince George's County Circuit Court
14741 Governor Oden Bowie Drive
Room 1060
Upper Marlboro, MD 20772

Parties and claims representatives are required to be present at the ADR/Pretrial Conference unless excused in advance by the assigned ADR Judge or the Civil Coordinating Judge. Failure to complete discovery shall not be an excuse to not participate in ADR and engage in good-faith negotiations.

In Medical Malpractice cases, the defendant/healthcare provider must appear unless he/she has previously authorized settlement.

All confidential mediation statements are due in the ADR Office no later than 15 days prior to the ADR Conference date. Please e-mail the statements to PGCCADRCoordinator@mdcourts.gov. A party who fails to timely submit the confidential mediation statement is in violation of a court order and may be subject to monetary sanction.

*** Please bring this form with you to court ***

Possession and use of cell phones, computers, cameras, and other electronic devices may be limited or prohibited in designated areas of the courthouse complex. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is always prohibited in the courthouse complex unless the court expressly grants permission in a specific instance.

Any questions regarding this notice should be directed to ADR Coordinator at 301-952-4173.



Circuit Court for Prince George's County
Office of Calendar Management
Adult Criminal Division, Room M2406
Upper Marlboro, Maryland 20772

KIMBERLY LYNN LIMBRICK
Crosswhite Limbrick & Sinclair LLP
24 HOOKS LANE
Suite 314
BALTIMORE MD 21208