E-FILED; Prince George's Circuit Court
Docket: 2/24/2025 10:44 AM; Submission: 2/24/2025 10:44 AM
Envelope: 20080497

**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY**

**Danielle Rogal-Hudspeth,**

***Plaintiff,***

**v.**

**City of Bowie**

***Defendant.***

**Case No.:** C-16-CV-24-003181

## ORDER OF COURT

This matter comes before the Court on the Parties' Joint Motion for Continuance of Trial, filed on February 24, 2025. Upon consideration of this motion and the record as a whole, it is this 9th day of March 2025, hereby

**ORDERED** that this Motion is **GRANTED**; and it is further

ORDERED that the trial in this matter shall be re-set to December 8-10, 2025; and it is further

ORDERED that the deadlines in the orginal scheduling order shall apply to the new trial dates.

03/09/2025 9:28:38 PM

Honorable William. A. Snoddy
Associate Judge
William A. Snoddy
Circuit Court for Prince George's County

Entered: Clerk, Circuit Court for
Prince George's County, MD
March 10, 2025

**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**

**CASE NAME:** Danielle Rogal-Hudspeth vs. City of Bowie

**CASE NUMBER:** C-16-CV-24-003181

ALTERNATIVE DISPUTE RESOLUTION ORDER

It is this 11th day of April, 2025 in the Circuit Court for Prince George's County, Maryland hereby ORDERED;

☐ The ADR conference was held. Please schedule a follow-up ADR conference for ________________.

☐ The ADR Conference was held. The case partially settled. The outstanding matters that still need to be resolved by the Court are ________________.

☐ The ADR conference was held. The case did not settle and shall proceed to trial as scheduled.

☐ The ADR conference was held. The parties reached the attached agreement. It is ORDERED, that all claims are hereby dismissed without prejudice and closed statistically with each party to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties. The entry of this order is without prejudice to the right of a party to move for good cause with in Thirty (30) days to reopen this action if settlement is not consummated. ________________

☐ The case settled prior to the scheduled ADR conference. It is hereby ORDERED, that all claims are hereby **dismissed without prejudice and closed statistically** with each party to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties. ________________

☐ The parties are submitting all claims to binding arbitration. Line of arbitration is attached. ORDERED, that all claims are hereby dismissed without prejudice and closed statistically pending the conclusion of arbitration with each party to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties. ________________

☐ Line of Dismissal, filed herein, case closed statistically. ________________

☑ ADR to be re-set by calendar management.

April 11, 2025
Date

[signature]
Judge

Copies sent to: Calendar Management
Judge________________
File

Entered: Clerk, Circuit Court for Prince George's County, MD
April 11, 2025

CLEAR PRINT SUBMIT