E-FILED; Prince George's Circuit Court
Docket: 4/24/2025 11:37 AM; Submission: 4/24/2025 11:37 AM
Envelope: 20926640

4/24/2025

NB

| | | |
|---|---|---|
| DANIELLE ROGAL-HUDSPETH, | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | FOR |
| CITY OF BOWIE, | * | PRINCE GEORGE'S COUNTY |
| Defendant | * | CASE NO. C-16-CV-24-003181 |

* * * * * * * * * * * * *

**WITHDRAWAL OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of Kimberly L. Limbrick and Crosswhite, Limbrick & Sinclair, LLP, and enter the appearance of Matthew J. McCloskey and Semmes, Bowen & Semmes as counsel for Defendant, City of Bowie, in the above-captioned case.

*/s/*
Kimberly L. Limbrick, Esq. #9412140164
Crosswhite, Limbrick & Sinclair, LLP
25 Hooks Lane, Suite 314
Baltimore, Maryland 21208
410-653-6890
kll@cls-law.com

*/s/*
Matthew J. McCloskey, Esq. #1412170197
Semmes, Bowen & Semmes
250 W. Pratt Street
#1900
Baltimore, Maryland 21201
410-539-5040
mmccloskey@semmes.com

*Attorney for City of Bowie*

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2025, a copy of the foregoing WITHDRAWAL OF APPEARANCE AND SUBSTITUTION OF COUNSEL was served via the Court's electronic filing system to all counsel of record.

/s/_________________________________
Kimberly L. Limbrick, Esq.