| | | |
|---|---|---|
| DANIELLE ROGAL-HUDSPETH, | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | FOR |
| CITY OF BOWIE, | * | PRINCE GEORGE'S COUNTY |
| Defendant | * | CASE NO. C-16-CV-24-003181 |

* * * * * * * * * * * * *

**NOTICE OF FILING OF NOTICE OF REMOVAL**

To the Clerk, Circuit Court for Prince George's County:

**PLEASE TAKE NOTICE** that Defendant the City of Bowie, by its attorneys, has filed a Notice of Removal in the above-captioned civil action from the Circuit Court for Prince George's County, Maryland, to the United States District Court of Maryland. A copy of the Notice of Removal filed in Federal Court is attached hereto.

DATED this 18th day of July, 2025.

Respectfully submitted,

*/s/ Matthew J. McCloskey*

Matthew J. McCloskey (1412170197)
Brandy J. Gray (0406150058)
Semmes, Bowen & Semmes
250 W. Pratt St. Suite 1900
Baltimore, Maryland 21201
PH: (410) 539-5040
FX: (410) 539-5223
mmccloskey@semmes.com
bgray@semmes.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of July, 2025, a copy of the foregoing Notice of Filing of Notice of Removal was mailed via first-class mail, postage prepaid, to:

Cori Cohen, Esquire
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
(301) 608-0880
(301) 608-0881 fax
ccohen@gelawyer.com
*Attorneys for Plaintiff*

*/s/ Matthew J. McCloskey*
Matthew J. McCloskey (1412170197)