AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| Danielle Rogal-Hudspeth<br>*Plaintiff* | ) | |
| v. | ) | Case No. 8:25-cv-02335 |
| City of Bowie<br>*Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 07/22/2025

/s/ Geoffrey H. Simpson
*Attorney's signature*

Geoffrey H. Simpson, Esq. (Bar No. 18868)
*Printed name and bar number*

Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
*Address*

gsimpson-efile@gelawyer.com
*E-mail address*

(301) 608-0880
*Telephone number*

(301) 608-0881
*FAX number*