**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**DEBORAH L. BOARDMAN**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**(301) 344-0637**
**MDD_DLBChambers@mdd.uscourts.gov**

July 25, 2025

## LETTER ORDER

RE: Danielle Rogal-Hudspeth v. City of Bowie
DLB-25-2335

Dear Counsel:

A conference call has been set for August 25, 2025 at 10:30 a.m. to discuss the appropriate schedule in this case. The call-in information is as follows:

Call: 855-244-8681
Meeting number/access code: 2317 902 7366

Enclosed is a proposed scheduling order with deadlines for your consideration. Please consult with one another and, by August 20, 2025, file a status report that addresses (1) any changes to the dates in the proposed scheduling order; (2) any changes to the proposed number of deposition hours; (3) whether you would like to defer expert discovery until after summary judgment motions are resolved; (4) whether discovery of electronically stored information may be necessary, and if so, counsel should review before the conference the Principles for the Discovery of Electronically Stored Information in Civil Cases, which is available on the Court's website; (5) whether you would like to participate in a settlement conference before or after the completion of discovery and, if you would like an early settlement conference, whether you believe discovery should be stayed pending the conference; and (6) whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Sincerely,

Deborah L. Boardman
United States District Judge