**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DANIELLE ROGAL-HUDSPETH,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Action No. 8:25-cv-02335** |
| **CITY OF BOWIE,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * *

**JOINT INITIAL STATUS REPORT**

The parties, by and through their undersigned counsel, hereby submit this Joint Status Report, and in support thereof state as follows:

1. The parties respectfully request that the Scheduling Order be extended by 90 days, which would result in the following deadlines:

- December 8, 2025: Joinder of additional parties, amendment of pleadings.
- March 8, 2026: Discovery deadline, submission of status report
- March 15, 2026: Requests for admission
- April 6, 2026: Dispositive motions deadline

2. The parties anticipate requiring more than fifteen deposition hours per side. The parties have discussed this matter and believe that twenty-five deposition hours per side will be sufficient to conduct the necessary fact discovery in this matter.

3. The parties would request to defer expert discovery deadlines until after the resolution of dispositive motions.

4. The parties believe that this case is likely to involve the discovery of electronically stored information.

5. The parties believe that a settlement conference would be more likely to be productive if it is scheduled after fact discovery in March or April of 2026.

6. There is not unanimous consent to proceed before a Magistrate Judge.

Respectfully submitted,

*/s/ Cori M. Cohen*
Cori M. Cohen (#1912419124)
Geoffrey H. Simpson (#18868)
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
PH: (301) 608-0880
FX: (301) 608-0881 Fax
Ccohen-efile@gelawyer.com
Gsimpson-efile@gelawyer.com
*Attorneys for Plaintiff*

*/s/ Matthew J. McCloskey*
Matthew J. McCloskey (#20097)
Brandy J. Gray (#28455)
Semmes, Bowen & Semmes
250 W Pratt Street, Suite 1900
Baltimore, MD 21201
PH: (410) 539-5040
FX: (410) 539-5223
mmccloskey@semmes.com
bgray@semmes.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August 2025, a copy of the foregoing Joint Initial Status Report was served via CM/ECF to all parties and/or counsel of record.

*/s/ Matthew J. McCloskey*
Matthew J. McCloskey (#20097)