AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Maryland

Danielle Rogal-Hudspeth
*Plaintiff*
v.
City of Bowie
*Defendant*

Case No. 8:25-cv-02335

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 09/30/2025

Cole J. Eisenshtadt
*Attorney's signature*

Cole J. Eisenshtadt, Esq. (Bar No. 31805)
*Printed name and bar number*

Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
*Address*

ceisenshtadt-efile@gelawyer.com
*E-mail address*

(301) 608-0880
*Telephone number*

(301) 608-0881
*FAX number*