**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DANIELLE ROGAL-HUDSPETH,** | ) | |
| **Plaintiff,** | ) | Civil Action No. 8:25-cv-02335 |
| **v.** | ) | |
| **CITY OF BOWIE,** | ) | |
| **Defendant.** | ) | |

## JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

In accordance with Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff Danielle Rogal-Hudspeth and Defendant City of Bowie (collectively the "Parties") hereby respectfully request the Court issue a Protective Order to preclude disclosure of confidential information exchanged in the above-referenced action. The Parties anticipate that documents or responses containing confidential personal or medical information will be exchanged between them during this litigation. Accordingly, the Parties request that the Court adopt the Stipulated Protective Order attached hereto to facilitate the exchange of confidential information and restrict its use or distribution to only what is permitted therein.

WHEREFORE, Plaintiff and Defendant request that the Court grant this Joint Motion and enter into the record the attached proposed Stipulated and Confidentiality Protective Order, to govern the exchange of confidential information during this case.

Date: November 21, 2025

Respectfully Submitted,

Cori Cohen

Cori M. Cohen, Esq. (Bar No. 19124)
Cole J. Eisenshtadt, Esq. (Bar No. 31805)
Gilbert Employment Law, P.C.

8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
ccohen-efile@gelawyer.com
ceisenshtadt-efile@gelawyer.com
*Counsel for Plaintiff*

*/s/ Cori Cohen* (with permission)
Brandy J. Gray (Bar No. 28455)
Semmes, Bowen & Semmes
250 W Pratt Street, Suite 1900
Baltimore, MD 21201
Tel: (410) 539-5040
Fax: (410) 539-5223
bgray@semmes.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joint Motion for Stipulated Protective Order was served on all parties of record through the Court's CM/CF filing system on November 21, 2025.

Cori Cohen

Cori M. Cohen, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881