**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DANIELLE ROGAL-HUDSPETH,** | ) | |
| **Plaintiff,** | ) | Case No. 8:25-cv-02335 |
| **v.** | ) | |
| **CITY OF BOWIE,** | ) | |
| **Defendant.** | ) | |

**[PROPOSED] ORDER**

THE COURT, being fully advised on the matter, hereby GRANTS the Joint Motion to adopt the Stipulated Protective Order.

IT IS ORDERED that the Stipulated Protective Order attached hereto be adopted and govern the exchange and use of Confidential Information in this case.

SO ORDERED.

Date: ______________________

______________________________
Honorable Deborah L. Boardman
United States District Judge

Copies to:
Counsel for Plaintiff
Counsel for Defendant