**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DANIELLE ROGAL-HUDSPETH | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 8:25-cv-02335 |
| CITY OF BOWIE, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff, Danielle Rogal-Hudspeth, by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 15, respectfully moves for leave from the Court to amend her Complaint. A copy of the proposed Amended Complaint is attached. Plaintiff's counsel has conferred with Defendant's counsel and Defendant does not consent to the instant Motion.

Plaintiff seeks leave to amend her Complaint because additional investigation and early discovery conducted by Plaintiff has made clear that additional violations of the Family and Medical Leave Act ("FMLA") arose out of the same conduct already at issue in the present action. Here, Plaintiff timely files her Motion for Leave to Amend Complaint and amending her complaint is in the interest of justice. Fed. R. Civ. P. 15(a)(2). Additionally, for the reasons set forth in Plaintiff's Memorandum of Points and Authorities in Support of her Motion for Leave to Supplement Complaint ("Plaintiff's Memorandum"), attached hereto, Defendant is not prejudiced by the amendment, the amendment is not made in bad faith, nor is the amendment futile.

In light of the foregoing reasons, and as further explained in Plaintiff Memorandum, Plaintiff respectfully requests that the Court enter an Order granting Plaintiff leave to Supplement her Complaint with the attached proposed supplemental Complaint..

Dated:

Respectfully submitted

Cori Cohen

Cori Cohen, Esq. (Bar No. 1206200047)
Cole J. Eisenshtadt, Esq. (Bar No. 2311281102)
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
ccohen@gelawyer.com
ceisenshtadt@gelawyer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December, 2025, a copy of the foregoing Plaintiff's Motion for Leave to Amend Complaint was served on all parties of record through the Court's CM/CF filing system.

Cori Cohen

Cori Cohen, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881