**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DANIELLE ROGAL-HUDSPETH** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 8:25-cv-02335** |
| **CITY OF BOWIE,** | ) | |
| **Defendant.** | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to Amend Complaint in the above-captioned matter, it is hereby ORDERED that Plaintiff's Motion to Amend Complaint is GRANTED.

Date: __________________________

________________________________
Honorable Deborah L. Boardman
United States District Judge

Copies to:
Counsel for Plaintiff
Counsel for Defendant