# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
## OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Reply to Southern Division Address David E. Ciambruschini, Chief Deputy

December 17, 2025

Matthew J. McCloskey
Semmes, Bowen & Semmes
250 W. Pratt Street Suite 1900
Baltimore, MD 21201

Re: Case No. 8:25-cv-02335-DLB

Dear Counsel/Party:

The Clerk received your Notice to Take Deposition Duces Tecum and Notice of Service of Discovery Material on December 16, 2025; however, it is deficient in the area(s) checked below and is being returned to you.

**Noncompliance with L.R. 101 or 102**

☐ Member of bar has not signed the document.

☐ Business entities other than sole proprietorships must be represented by counsel.

**Noncompliance with L.R. 102 and FRCivP 5**

☐ Certificate of service not affixed to document.

☐ Certificate of service not dated and/or not signed.

**Noncompliance with L.R. 104 or 105**

☒ Discovery materials should not be filed unless in support of a motion or by court order.

☐ Discovery motion filed contrary to L.R. 104.7.

☐ Motion to compel filed contrary to L.R. 104.8.

**Miscellaneous**

☐ Document does not contain original signature.

☐ Document relates to more than one file. Original and appropriate copies are required for each file unless the cases have been consolidated for all purposes.

☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.

☐ Other:

December 22, 2025

Deborah L. Boardman Date
United States District Judge

cc: Other counsel/party
Return pleading letter (Rev. 02/2011)