FILED ENTERED
LOGGED RECEIVED
DEC 16 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**DANIELLE ROGAL-HUDSPETH,**

**Plaintiff,**

**v.**

**CITY OF BOWIE**

**Defendant.**

**Civil Action No.: 8:25-CV-02335**

## NOTICE TO TAKE DEPOSITION DUCES TECUM

Notice is hereby given pursuant to the Rules of Procedure that the oral deposition for the purposes of discovery will be taken of:

Custodian of Records
Luminis Health Doctor Community Medical Center

Custodian of Records
Bowie Primary Care, Inc.

Custodian of Records
Ace Cardiovascular Associates

Custodian of Records
Lauryn Smith-Winton, M.D.

On January 20, 2026 beginning at 10:00 a.m. before an officer authorized by law to administer oaths at the law offices of Semmes, Bowen & Semmes, Suite 1900, 250 West Pratt Street, Baltimore, Maryland 21201.

At the above date, time and place, you are requested to produce for inspection and copying any and all "medical records" in your possession relating to the treatment or examination, for any reason and at any time of **DANIELLE ROGAL-HUDSPETH , DOB:**