**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DANIELLE ROGAL-HUDSPETH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOWIE,<br><br>Defendant. | ) | Civil Action No. 8:25-cv-02335 |

**PLAINTIFF'S CONSENT MOTION TO EXTEND DISCOVERY DEADLINES AND REMAINING DEADLINES**

Plaintiff, Danielle Rogal-Hudspeth, by and through her undersigned counsel and pursuant to Local Rule 105, hereby respectfully moves for a ninety (90) day extension of time to complete discovery and of the remaining case deadlines.

Discovery is currently set to close on March 8, 2026. To date, the Parties have engaged in written discovery and are in the process of meeting and conferring regarding discovery disputes. The Parties are hopeful that they will be able to resolve any disputes without requiring the involvement of the Court.

Plaintiff requests an extension for several reasons. First, counsel for Plaintiff, Cori Cohen will be departing Gilbert Employment Law effective January 12, 2026 and will be filing a request to withdraw her appearance. Geoffrey Simpson and Cole Eisenshtadt will remain as noticed counsel, however, Mr. Simpson is serving as lead counsel in a four week jury trial in the United States District Court for the District of Columbia beginning on January 12, 2026. Accordingly, over the next month, Plaintiff's counsel's availability to engage in discovery, including continuing meet and confer discussions and preparing for, and taking, depositions, will

be severely limited. Additionally, as Ms. Cohen has primarily handled discovery in this matter given Mr. Simpson's litigation schedule, Mr. Simpson will require sufficient time to familiarize himself with the discovery. For these reasons, Plaintiff anticipates additional time will be needed for the Parties to adequately meet and confer regarding discovery disputes, supplement discovery responses accordingly, and take depositions with the benefit of full and complete written discovery.

For these reasons, Plaintiff has shown good cause for a ninety (90) day extension of the remaining deadlines in this matter. Plaintiff is requesting the deadlines be extended as indicated below:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of Discovery | 03/08/2026 | 06/06/2026 |
| Requests for Admissions | 03/15/2026 | 06/13/2026 |
| Dispositive Pretrial Motions | 04/06/2026 | 07/05/2026 |
| Mediation | 03/12/2026 at 10:00 a.m. | To be determined |

Plaintiff has conferred with Defendant's counsel and Defendant's counsel consents to the extension of time. Therefore, no Party will suffer prejudice by granting this extension.

For these reasons, Plaintiff respectfully requests that the Court grant Plaintiff's motion.

Date: January 6, 2026

Respectfully Submitted,

Cori Cohen

Cori M. Cohen, Esq.
Cole J. Eisenshtadt, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881

ccohen@gelawyer.com
ceisenshtadt@gelawyer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2026, I caused a copy of the foregoing PLAINTIFF'S CONSENT MOTION TO EXTEND DISCOVERY DEADLINES AND REMAINING DEADLINES to be served on all parties of record through the Court's CM/CF filing system.

Cori Cohen

Cori Cohen, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
ccohen@gelawyer.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DANIELLE ROGAL-HUDSPETH, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 8:25-cv-02335 |
| CITY OF BOWIE, | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiff's Consent Motion to Extend Discovery Deadlines And Remaining Deadlines, it is this ___ day of ________, 2025, ORDERED that the motion is GRANDTED, and it is FURTHER ORDERED that the deadlines in this case are rescheduled as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of Discovery | 03/08/2026 | 06/06/2026 |
| Requests for Admissions | 03/15/2026 | 06/13/2026 |
| Dispositive Pretrial Motions | 04/06/2026 | 07/05/2026 |
| Mediation | 03/12/2026 at 10:00 a.m. | To be determined |

SO ORDERED.

Date: ________________________

________________________________
Honorable Deborah L. Boardman
United States District Judge