**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DANIELLE ROGAL-HUDSPETH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOWIE,<br><br>Defendant. | Civil Action No. 8:25-cv-02335 |

**ORDER**

Upon consideration of the Plaintiff's Consent Motion to Extend Discovery Deadlines And Remaining Deadlines, it is this 7th day of Janaury, 2026, ORDERED that the motion is GRANDTED, and it is FURTHER ORDERED that the deadlines in this case are rescheduled as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of Discovery | 03/08/2026 | 06/06/2026 |
| Requests for Admissions | 03/15/2026 | 06/13/2026 |
| Dispositive Pretrial Motions | 04/06/2026 | 07/05/2026 |

The parties shall contact Magistrate Judge Sullivan about rescheduling the settlement conference.

SO ORDERED.

Honorable Deborah L. Boardman
United States District Judge