**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DANIELLE ROGAL-HUDSPETH | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 8:25-cv-02335 |
| CITY OF BOWIE, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL**

Pursuant to LR 101.2(a), Cori Cohen, counsel for Plaintiff, files this motion for leave to withdraw her appearance in this matter. The undersigned will be leaving the employment of Gilbert Employment Law, P.C., effective January 12, 2026, after which she will no longer be able to represent Plaintiff. Plaintiff will continue to be represented by Geoffrey H. Simpson, Esq. and Cole J. Eisenshtadt, Esq., who previously entered appearances in this matter. There is no trial date, and this will not cause a delay in case processing or prejudice Plaintiff. Therefore, for good cause shown, the undersigned respectfully requests that she be withdrawn from this matter.

Date: January 9, 2026

Respectfully submitted,

Cori Cohen

Cori Cohen, Esq. (Bar No. 19124)
Cole J. Eisenshtadt, Esq. (Bar No. 31805)
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
T: (301) 608-0880
F: (301) 608-0881

ccohen-efile@gelawyer.com
ceisenshtadt-efile@gelawyer.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DANIELLE ROGAL-HUDSPETH | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 8:25-cv-02335 |
| CITY OF BOWIE, | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to Withdraw Appearance of Counsel in the above-captioned matter, it is hereby ORDERED that Plaintiff's Motion to Withdraw Appearance of Counsel is GRANTED.

Date: ___________________________

___________________________________
Honorable Deborah L. Boardman
United States District Judge

Copies to:
Counsel for Plaintiff
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January 2026, a copy of the foregoing Motion for Leave to Withdraw Appearance of Counsel, was served via CM/ECF on all parties of record.

Cori Cohen

Cori Cohen, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
ccohen-efile@gelawyer.com