**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DANIELLE ROGAL-HUDSPETH | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 8:25-cv-02335 |
| CITY OF BOWIE, | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to Withdraw Appearance of Counsel in the above-captioned matter, it is hereby ORDERED that Plaintiff's Motion to Withdraw Appearance of Counsel is GRANTED.

Date: January 15, 2026

Honorable Deborah L. Boardman
United States District Judge

Copies to:
Counsel for Plaintiff
Counsel for Defendant