**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DANIELLE ROGAL-HUDSPETH | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 8:25-cv-02335 |
| CITY OF BOWIE, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S WITHDRAWAL OF MOTION TO QUASH**

Plaintiff, Danielle Rogal-Hudspeth, by and through her undersigned counsel, hereby notifies the Court that her January 20, 2026, Motion to Quash Subpoena *Duces Tecum* ("Motion to Quash") is withdrawn.

By way of background, on January 20, 2026, Plaintiff filed her Motion to Quash four subpoenas served by Defendant to her medical providers in December 2025. *See generally* Dkt. 035. Through the Motion, Plaintiff argued that the previous subpoenas were improper and should be quashed due to lacking limitations as to temporal or substantive scope. In her Motion to Quash, *see id.* at 1 n.1, Plaintiff noted that the Parties were in the process of negotiating limitations for the subpoenas and stated her intent to withdraw the Motion if the Parties were able to reach an agreement. After reaching such an agreement, on February 2, 2026, Defendant's counsel notified Plaintiff's counsel of Defendant's intent to issue new subpoenas and to destroy the irrelevant records outside of the agreed-upon scope that Defendant already received.

For the reasons set forth herein, the Motion to Quash is withdrawn as moot.

Dated: February 3, 2026

Respectfully submitted,

/s/ Cole J. Eisenshtadt

Cole J. Eisenshtadt (Bar No. 31805)
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
Ceisenshtadt-efile@gelawyer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February 2026, a copy of the foregoing Plaintiff's Withdrawal of Motion to Quash was served on all parties of record through the Court's CM/CF filing system.

Cole J. Eisenshtadt

Cole J. Eisenshtadt, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881