# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
## OFFICE OF THE CLERK

Reply to Southern Division Address

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

February 18, 2026

**Brandy Jessica Gray**
**Matthew J McCloskey**
Semmes, Bowen & Semmes
Litigation
250 W. Pratt Street
Suite 1900
Baltimore, MD 21201

Re: Case No. 8:25-cv-02335-DLB

Dear Counsel/Party:

The Clerk received your Notice of Service of Discovery Material on February 17, 2026; however, it is deficient in the area(s) checked below and is being returned to you.

**Noncompliance with L.R. 101 or 102**

- ☐ Member of bar has not signed the document.
- ☐ Business entities other than sole proprietorships must be represented by counsel.

**Noncompliance with L.R. 102 and FRCivP 5**

- ☐ Certificate of service not affixed to document.
- ☐ Certificate of service not dated and/or not signed.

**Noncompliance with L.R. 104 or 105**

- ☒ Discovery materials should not be filed unless in support of a motion or by court order.
- ☐ Discovery motion filed contrary to L.R. 104.7.
- ☐ Motion to compel filed contrary to L.R. 104.8.

**Miscellaneous**

- ☐ Document does not contain original signature.
- ☐ Document relates to more than one file. Original and appropriate copies are required for each file unless the cases have been consolidated for all purposes.
- ☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
- ☐ Other:

March 5, 2026

Deborah L. Boardman — Date
United States District Judge

cc: Other counsel/party
Return pleading letter (Rev. 02/2011)