**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**DANIELLE ROGAL-HUDSPETH,**

**Plaintiff,**

**v.**

**CITY OF BOWIE,**

**Defendant.**

**Civil Action No.: 8:25-CV-023335**

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

I HEREBY CERTIFY that on this 13th day of February, 2026, a copy of the foregoing Notice to Take Deposition Duces Tecum of the Custodian of Records of Luminis Health Doctor Community Medical Center, Ace Cardiovascular Associates, Bowie Primary Care, Inc., Lauryn Smith-Winton, M.D., and a copy of this Notice were mailed by certified mail, postage prepaid to:

Cori M. Cohen, Esq.
Geoffrey H. Simpson, Esq.
Cole J. Eisenshtadt, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
ccohen-efile@gelawyer.com
gsimpson-efile@gelawyer.com
ceisenshtadt-efile@gelawyer.com
*Counsel for Plaintiff*