**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DANIELLE ROGAL-HUDSPETH, | |
| Plaintiff, | |
| v. | Civil Action No. 8:25-cv-02335 |
| CITY OF BOWIE, | |
| Defendant. | |

**PLAINTIFF'S CONSENT MOTION TO EXTEND DISCOVERY DEADLINES AND REMAINING DEADLINES**

Plaintiff, Danielle Rogal-Hudspeth, by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 16(b) hereby respectfully moves for an additional ninety (90) day extension of time to complete discovery and of the remaining case deadlines.

Plaintiff makes this request for several reasons. First, counsel for Plaintiff, Cole Eisenshtadt, Esq., is withdrawing as Plaintiff's representative, as he will no longer be with Gilbert Employment Law. Mr. Eisenshtadt has performed the role of primary counsel during the period between prior counsel Cori Cohen's own departure from Gilbert Employment Law in January 2026 and co-counsel Geoffrey Simpson re-joining Plaintiff's case after finishing another trial in federal district court. Mr. Simpson and the attorney who will substitute for Mr. Eisenshtadt will require additional time to integrate themselves into the case.

Second, both parties continue to supplement their respective discovery responses. On Plaintiff's end, Ms. Rogal-Hudspeth timely served her First Set of Discovery Responses on January 13, 2026. However, Plaintiff has been dealing with a severe medical condition for several months during discovery, causing difficulties obtaining and organizing certain documents

and information that she intends to serve to Defendant as supplements to her discovery responses. The medical condition remains an issue; however, progress has been made toward packaging the documents for service to Defendant.

From Defendant, Ms. Rogal-Hudspeth awaits additional discovery documents. The Parties have met and conferred over phone and email since initial discovery responses came due to resolve deficiencies. Defendant has produced some documents and information as supplements since early January 2026. However, Defendant has communicated that it still intends to produce additional responsive documentation.

For these reasons, Plaintiff has shown good cause for a ninety (90) day extension of the remaining deadlines in this matter. Plaintiff is requesting the deadlines be extended as indicated below:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of Discovery | 06/06/2026 | 09/04/2026 |
| Requests for Admissions | 06/13/2026 | 09/11/2026 |
| Dispositive Pretrial Motions | 07/05/2026 | 10/05/2026[1] |
| Mediation | 06/08/2026 at 10:00 a.m. | |

Plaintiff has conferred with Defendant's counsel and Defendant's counsel has stated it agrees to the extension of time. Therefore, no Party will suffer prejudice by granting this extension.

For these reasons, Plaintiff respectfully requests that the Court grant Plaintiff's motion.

Date: April 8, 2026

Respectfully Submitted,

Cole Eisenshtadt

Geoffrey H. Simpson, Esq.

[1] 90 days from July 5, 2026, is Saturday, October 3, 2026. Plaintiff proposes a Monday deadline of October 5 instead.

Cole J. Eisenshtadt, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
gsimpson@gelawyer.com
ceisenshtadt@gelawyer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2026, I caused a copy of the foregoing PLAINTIFF'S CONSENT MOTION TO EXTEND DISCOVERY DEADLINES AND REMAINING DEADLINES to be served on all parties of record through the Court's CM/CF filing system.

Cole Eisenshtadt

Cole J. Eisenshtadt, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
ceisenshtadt@gelawyer.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DANIELLE ROGAL-HUDSPETH, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 8:25-cv-02335 |
| CITY OF BOWIE, | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiff's Consent Motion to Extend Discovery Deadlines and Remaining Deadlines, it is this ___ day of ________, 2025, ORDERED that the motion is GRANDTED, and it is FURTHER ORDERED that the deadlines in this case are rescheduled as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of Discovery | 06/06/2026 | 09/04/2026 |
| Requests for Admissions | 06/13/2026 | 09/11/2026 |
| Dispositive Pretrial Motions | 07/05/2026 | 10/05/2026 |
| Mediation | 06/08/2026 at 10:00 a.m. | |

SO ORDERED.

Date: ________________________

________________________
Honorable Deborah L. Boardman
United States District Judge