**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DANIELLE ROGAL-HUDSPETH, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 8:25-cv-02335 |
| CITY OF BOWIE, | ) | |
| Defendant. | ) | |

# ORDER

Upon consideration of the Plaintiff's Consent Motion to Extend Discovery Deadlines and Remaining Deadlines, it is this 9th day of April, 2026, ORDERED that the motion is GRANDTED, and it is FURTHER ORDERED that the deadlines in this case are rescheduled as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of Discovery | 06/06/2026 | 09/04/2026 |
| Requests for Admissions | 06/13/2026 | 09/11/2026 |
| Dispositive Pretrial Motions | 07/05/2026 | 10/05/2026 |
| Mediation | 06/08/2026 at 10:00 a.m. | |

SO ORDERED.

Date: April 9, 2026

Honorable Deborah L. Boardman
United States District Judge