**U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DANIELLE ROGAL HUDSPETH** | * | |
| **Plaintiffs** | * | |
| **v.** | | |
| | * | **Case No. 8:25-CV-02335** |
| **CITY OF BOWIE** | | |
| | * | |
| **Defendants.** | | |
| | * | |

* * * * * * * * * * * * *

**<u>MOTION TO WITHDRAW AS COUNSEL AND SUBSTITUTE COUNSEL</u>**

Defendant City of Bowie, by undersigned counsel, respectfully moves this Court for an Order permitting Brandy J. Gray, Esq., of Goldberg Segalla, LLP, to withdraw as counsel of record and recognizing Matthew J. McCloskey, Esq., of Semmes Bowen & Semmes, as substitute counsel for Defendant. This Motion is filed pursuant to Local Rule 101.2. In support thereof, Defendant states as follows:

1. Brandy J. Gray, Esq., formerly of Semmes, Bowen & Semmes, appeared as counsel for Defendant City of Bowie.

2. Since the inception of this case, Matthew J. McCloskey has served as lead counsel of record for Defendant City of Bowie.

3. Ms. Gray now respectfully seeks leave of Court to withdraw her appearance, and Defendant City of Bowie seeks formal substitution of Matthew J. McCloskey, Esq., as its counsel of record.

4. Defendant will remain continuously represented by counsel. Granting this Motion will not delay the proceedings, prejudice any party, or otherwise adversely affect the administration of justice.

WHEREFORE, Defendant respectfully requests that the Court enter an Order:

a. Granting leave for Brandy J. Gray, Esq., to withdraw as counsel of record for Defendant City of Bowie; and

b. Recognizing Matthew J. McCloskey, Esq. of Semmes, Bowen & Semmes, as counsel of record for Defendant City of Bowie; and

c. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

/s/Brandy J. Gray

Brandy J. Gray (#28455)
111 South Calvert Street, Suite 2000
Baltimore, MD 21201
Telephone: (443) 454-6168
Fax: (443) 625-7599
bgray@goldbergsegalla.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of May, 2026 a copy of the foregoing, was electronically filed and served on all parties through the Court's electronic filing system (PACER).

/s/Brandy J. Gray

Brandy J. Gray, Esq.