**U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DANIELLE ROGAL HUDSPETH** | * | |
| **Plaintiffs** | * | |
| **v.** | * | **Case No. 8:25-CV-02335** |
| **CITY OF BOWIE** | * | |
| **Defendants.** | * | |

* * * * * * * * * * * * *

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND SUBSTITUTE COUNSEL**

Upon consideration of Defendant City of Bowie's Motion to Withdraw as Counsel and Substitute Counsel, filed pursuant to Local Rule 101.2(a), and for good cause shown, it is this ____ day of ____________________, hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that Brandy J. Gray, Esq., of Goldberg Segalla, LLP, is permitted to withdraw as counsel of record for Defendant City of Bowie; and it is further

**ORDERED** that Matthew J. McCloskey, Esquire, of Semmes, Bowen & Semmes, is recognized as counsel of record for Defendant City of Bowie.

______________________________
Deborah L. Boardman
United States District Judge