**U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DANIELLE ROGAL HUDSPETH** | * | |
| **Plaintiffs** | * | |
| **v.** | * | **Case No. 8:25-CV-02335** |
| **CITY OF BOWIE** | * | |
| **Defendants.** | * | |

* * * * * * * * * * * * *

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND SUBSTITUTE COUNSEL**

Upon consideration of Defendant City of Bowie's Motion to Withdraw as Counsel and Substitute Counsel, filed pursuant to Local Rule 101.2(a), and for good cause shown, it is this 28th day of May, 2026, hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that Brandy J. Gray, Esq., of Goldberg Segalla, LLP, is permitted to withdraw as counsel of record for Defendant City of Bowie; and it is further

**ORDERED** that Matthew J. McCloskey, Esquire, of Semmes, Bowen & Semmes, is recognized as counsel of record for Defendant City of Bowie.

Deborah L. Boardman
United States District Judge