**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Danielle Rogal-Hudspeth *
**Plaintiff,**
*
**v.** **Case No.** 8:25-cv-02335
*
City of Bowie
**Defendant.** *

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Plaintiff

I certify that I am admitted to practice in this Court.

07/01/2026
Date

William C. Schubert
Signature

William C. Schubert, Esq. (Bar No. 32373)
Printed name and bar number

8403 Colesville Rd., Suite 1000, Silver Spring, MD 20910
Address

wschubert-efile@gelawyer.com
Email address

(301) 608-0880
Telephone number

(301) 608-0881
Fax number