**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DANIELLE ROGAL-HUDSPETH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOWIE,<br><br>Defendant. | Civil Action No. 8:25-cv-02335 |

**PLAINTIFF'S CONSENT MOTION TO EXTEND DISCOVERY DEADLINES AND REMAINING DEADLINES**

Plaintiff, Danielle Rogal-Hudspeth, by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 16(b) hereby respectfully moves for an additional forty-five (45) day extension of time to complete discovery and of the remaining case deadlines. Defendant consents to this request.

The parties have conferred and come to a resolution regarding a privilege issue and now plan to complete discovery through several depositions. The parties have largely completed the exchange of written discovery. Additional time will ensure adequate time for any final supplementation, as needed.

For these reasons, Plaintiff, with the consent of Defendant, has shown good cause for a forty-five (45) day extension of the remaining deadlines in this matter. Plaintiff is requesting the deadlines be extended as indicated below:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of Discovery | 09/04/2026 | 10/19/2026 |
| Requests for Admissions | 09/11/2026 | 10/26/2026 |

| | | |
|---|---|---|
| Dispositive Pretrial Motions | 10/05/2026 | 11/19/2026 |
| Mediation | 10/15/2026 at 10:00 a.m.[1] | |

Plaintiff has conferred with Defendant's counsel and Defendant's counsel has stated it agrees to the extension of time. Therefore, no Party will suffer prejudice by granting this extension.

For these reasons, Plaintiff respectfully requests that the Court grant Plaintiff's motion.

Date: August 24, 2026

Respectfully Submitted,

Geoffrey Simpson

Geoffrey H. Simpson, Esq.
William C. Schubert, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
gsimpson-efile@gelawyer.com
wschubert-efile@gelawyer.com

[1] This date remains unchanged.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, I caused a copy of the foregoing PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND REMAINING DEADLINES to be served on all parties of record through the Court's CM/CF filing system.

Geoffrey Simpson

Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881