**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DANIELLE ROGAL-HUDSPETH, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 8:25-cv-02335 |
| CITY OF BOWIE, | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiff's Unopposed Motion to Extend Discovery Deadlines And Remaining Deadlines, it is this ___ day of ________, 2026, ORDERED that the motion is GRANDTED, and it is FURTHER ORDERED that the deadlines in this case are rescheduled as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of Discovery | 09/04/2026 | 10/19/2026 |
| Requests for Admissions | 09/11/2026 | 10/26/2026 |
| Dispositive Pretrial Motions | 10/05/2026 | 11/19/2026 |
| Mediation | 10/15/2026 at 10:00 a.m.[2] | |

SO ORDERED.

Date: ________________________

________________________________
Honorable Deborah L. Boardman
United States District Judge

[2] This date remains unchanged.