**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DANIELLE ROGAL-HUDSPETH,<br>Plaintiff,<br>v.<br>CITY OF BOWIE,<br>Defendant. | Civil Action No. 8:25-cv-02335 |

**ORDER**

Upon consideration of the Plaintiff's Unopposed Motion to Extend Discovery Deadlines And Remaining Deadlines, it is this 24th day of August, 2026, ORDERED that the motion is GRANTED, and it is FURTHER ORDERED that the deadlines in this case are rescheduled as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of Discovery | 09/04/2026 | 10/19/2026 |
| Requests for Admissions | 09/11/2026 | 10/26/2026 |
| Dispositive Pretrial Motions | 10/05/2026 | 11/19/2026 |
| Mediation | 10/15/2026 at 10:00 a.m.[2] | |

SO ORDERED.

Date: August 24, 2026

Honorable Deborah L. Boardman
United States District Judge

[2] This date remains unchanged.