**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DANIELLE ROGAL-HUDSPETH, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 8:25-cv-02335 |
| CITY OF BOWIE, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES AND REMAINING DEADLINES**

Plaintiff, Danielle Rogal-Hudspeth, and Defendant, City of Bowie, and pursuant to Fed. R. Civ. P. 16(b) hereby jointly move for a thirty (30) day extension of time to complete discovery and of the remaining case deadlines.

The parties wish to explore the possibility of settlement without incurring the expenses associated with depositions and continued discovery. The parties wish to postpone discovery deadlines until a reasonable time after the settlement conference that is scheduled for October 15, 2026.

For these reasons, the parties have shown good cause for a thirty (30) day extension of the remaining deadlines in this matter. The parties request deadlines be extended as indicated below:

| Event | Current Date | New Date |
|---|---|---|
| Close of Discovery | 10/19/2026 | 11/19/2026 |
| Requests for Admissions | 10/26/2026 | 11/30/2026[1] |

[1] As November 26 is the Thanksgiving holiday, this deadline is moved to the following Monday.

| | | |
|---|---|---|
| Dispositive Pretrial Motions | 11/19/2026 | 12/21/2026[2] |
| Mediation | 10/15/2026 at 10:00 a.m.[3] | |

Date: September 30, 2026

Respectfully Submitted,

William C. Schubert
William C. Schubert, Esq.
Geoffrey H. Simpson, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
wschubert-efile@gelawyer.com
gsimpson-efile@gelawyer.com
*Counsel for Plaintiff*

*/s/ Matthew J. McCloskey*
Matthew J. McCloskey, Esq.
Semmes, Bowen, & Semmes
250 W. Pratt St. Suite 1900
Baltimore, Maryland 21201
PH: (410) 539-5040
FX: (410) 539-5223
*Counsel for Defendant*

[2] As December 19 falls on a Saturday, this deadline is moved to the following Monday.
[3] This date remains unchanged.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I caused a copy of the foregoing JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND REMAINING DEADLINES to be served on all parties of record through the Court's CM/CF filing system.

William C. Schubert

William C. Schubert, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881