**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DANIELLE ROGAL-HUDSPETH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOWIE,<br><br>Defendant. | Civil Action No. 8:25-cv-02335 |

**[PROPOSED] ORDER**

Upon consideration of the Joint Motion to Extend Discovery Deadlines And Remaining Deadlines, it is this ___ day of ________, 2026, ORDERED that the motion is GRANDTED, and it is FURTHER ORDERED that the deadlines in this case are rescheduled as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of Discovery | 10/19/2026 | 11/19/2026 |
| Requests for Admissions | 10/26/2026 | 11/30/2026 |
| Dispositive Pretrial Motions | 11/19/2026 | 12/21/2026 |
| Mediation | 10/15/2026 at 10:00 a.m.[4] | |

SO ORDERED.

Date: ________________________

________________________
Honorable Deborah L. Boardman
United States District Judge

[4] This date remains unchanged.