**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

DANIELLE ROGAL-HUDSPETH,

Plaintiff,

v.

CITY OF BOWIE,

Defendant.

Civil Action No. 8:25-cv-02335-DLB

**ORDER**

Upon consideration of the Joint Motion to Extend Discovery Deadlines And Remaining Deadlines, it is this 30th day of September, 2026, ORDERED that the motion is GRANTED, and it is FURTHER ORDERED that the deadlines in this case are rescheduled as follows:

| **Event** | **Current Date** | **New Date** |
| --- | --- | --- |
| Close of Discovery | 10/19/2026 | 11/19/2026 |
| Requests for Admissions | 10/26/2026 | 11/30/2026 |
| Dispositive Pretrial Motions | 11/19/2026 | 12/21/2026 |
| Mediation | 10/15/2026 at 10:00 a.m. | |

Honorable Deborah L. Boardman
United States District Judge