**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DANIELLE ROGAL-HUDSPETH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOWIE,<br><br>Defendant. | ) | Civil Action No. 8:25-cv-02335 |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES AND REMAINING DEADLINES**

Plaintiff, Danielle Rogal-Hudspeth, and Defendant, City of Bowie, and pursuant to Fed. R. Civ. P. 16(b) hereby jointly move for a thirty (30) day extension of time to complete discovery and of the remaining case deadlines.

The parties wish to explore the possibility of settlement without incurring the expenses associated with depositions and continued discovery. The parties wish to postpone discovery deadlines until a reasonable time after the settlement conference that is scheduled for October 15, 2026.

For these reasons, the parties have shown good cause for a thirty (30) day extension of the remaining deadlines in this matter. The parties request deadlines be extended as indicated below:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of Discovery | 11/19/2026 | 2/1/2027 |
| Requests for Admissions | 11/30/2026 | 2/12/2027 |
| Dispositive Pretrial Motions | 12/21/2026 | 3/5/2027 |

Date: November 13, 2026

Respectfully Submitted,

Geoffrey Simpson

Digitally signed by Geoffrey Simpson
Date: 2026.11.13 10:27:33 -05'00'

Geoffrey H. Simpson, Esq.
William C. Schubert, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
gsimpson-efile@gelawyer.com
wschubert-efile@gelawyer.com

*Counsel for Plaintiff*

*/s/Matthew J. McCloskey*

Matthew J. McCloskey
Semmes, Bowen, & Semmes
250 W. Pratt St. Suite 1900
Baltimore, Maryland 21201
PH: (410) 539-5040
FX: (410) 539-5223

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, I caused a copy of the foregoing JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND REMAINING DEADLINES to be served on all parties of record through the Court's CM/CF filing system.

Kate Wehba

Paralegal
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DANIELLE ROGAL-HUDSPETH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 8:25-cv-02335 |
| CITY OF BOWIE, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiff's Unopposed Motion to Extend Discovery Deadlines And Remaining Deadlines, it is this ___ day of ________, 2026, ORDERED that the motion is GRANDTED, and it is FURTHER ORDERED that the deadlines in this case are rescheduled as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of Discovery | 11/19/2026 | 2/1/2027 |
| Requests for Admissions | 11/30/2026 | 2/12/2027 |
| Dispositive Pretrial Motions | 12/21/2026 | 3/5/2027 |

SO ORDERED.

Date: ________________________

________________________________
Honorable Deborah L. Boardman
United States District Judge